TABACHNICK, Appellant, v. BRAND, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by William Tabachnick against Leopold Brand. PER CURIAM. We have been compelled to re-read the affidavit submitted by the attorney for the respondent, and we now do what we

omitted to do when the case was first before us—note that it is offensive and scandalous, and require that it be taken from the files of the court. Motion denied, with $10 costs.